Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone    (806) 748-1956 Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

CYNTHIA RUTH BARTON

CASE NO. 14-70009-HDH-13

| | |
|---|---|
| AKA1:  CYNTHIA RUTH MALDONADO | AKA2: |
| DBA1: | DBA2: |
| SS#1: xxx-xx- 2949 | SS#2: |

## REPORT OF 341 MEETING

**I. 341 MEETING REPORT:**

A. Orig. Date: <u>2/21/2014</u>   Orig. Time: <u>12:00 PM</u>        Reset Date:             Reset Time:

B. Meeting Results:        <u>Adjourned</u>

C. Debtor(s):      <u>Debtor 1 Appeared</u>

D. Attorney for Debtor(s):     <u>Appeared</u>

E. Creditor Appearance:    None

F. Amount Paid to the Trustee as of        2/21/2014      <u>$190.00</u>      First Payment Due Date:      <u>2/15/2014</u>

G. File Trustee's Motion to Dismiss because

H. B22C Information:       B22C Form is:      <u>Incomplete</u>

     Budgeted Income:    <u>$2,770.37</u>    Expense:    <u>$2,580.37</u>    Surplus:    <u>$190.00</u>

     Plan Payment:    <u>$190.00</u>  <u>Monthly</u>                Plan Term(Months):    <u>36</u>

I. Value of Non-Exempt Property:        <u>$0.00</u>  Proposed Amount to Unsecured Creditors:        <u>$0.00</u>

    <u>  </u>  Objection to Exemption of:

    <u>  </u>  Repeat Filing (If case dismissed, it should be with prejudice)  Previous Case Numbers:

    <u>  </u>  Object to Invoke Stay Pleading

    <u>  </u>  Case Converted from Chapter 7, Bar Date Set:    <u>5/22/2014</u>    Date Converted from Chapter 7:

J. Required Information:    <u>WW Directive</u>

K. Business Information:

L. Object to Confirmation:    <u>Yes</u>

    22c fails to include all income sources
    Sch I fails to include all income sources
    Failure to include all disposable income

M. Financial Management Class:    <u>Debtor 1 Appeared</u>

N. Eligibility:

    Certificate of Credit Counseling Filed:    <u>Debtor 1 Only</u>

    Credit Counseling Provider Approved:                    <u>Yes</u>

    Debt Limits Exceeded (Secured-$1,081,400; Unsecured-$360,475):        <u>No</u>

O. Domestic Support Obligation:        <u>$0.00</u>    Current:            Arrears:        <u>$0.00</u>

    Affidavit and Disclosure of Domestic Support Obligations Received:   <u>Yes</u>

P. Remarks:    MTD
       -WW Directive
      Questions
        -22c fails to include all income sources
          -Ms has not been receiving child support or state assistance for son(15)?
      No
       -Sch I fails to include all income sources
         -Ms has not been receiving child support or state assistance for son(15)?
      No
       -Failure to include all disposable income

Dated:    <u>2/21/2014</u>                              /s/ Walter O'Cheskey

Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone     (806) 748-1956 Fax

Standing Bankruptcy Trustee
By:        Brent Hagan

| Case Number: | 14-70009 | | | | |
|---|---|---|---|---|---|
| Debtor: | Barton | | | | |
| Attorney: | White | | | | |
| Presiding Officer: | Brent Hagan | | | | |
| Calculation Date: | | | | | 2/21/2014 8:25 |

| Domestic Support   Input name from Plan | Arrears Enter amount from Plan | Int. Rate Enter from Plan | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Secured Creditor/Collateral Input name from Plan | Value/Claim Amount Enter amount from Plan | Int. Rate Enter from Plan | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Priority Creditor       Input name from Plan | Value/Claim Amount Enter amount from Plan | | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |

| Attorney Fees       Paid Through the Plan | $3,176.00 | | | | $3,176.00 |
|---|---|---|---|---|---|
| Noticing Fees | $134.40 | | | | $134.40 |
| Clerk Filing Fees | $0.00 | | | | $0.00 |

| Hardacre Minimum | $0.00 | <-------------- | | | |
|---|---|---|---|---|---|
| Chapter 7 Minimum (Gross) | $0.00 | | | | |
| Less Trustee Fees | $0.00 | | | | |
| Less Attorney Fees | $3,176.00 | | | | |
| Less Noticing Fees | $134.40 | Greater Of --------> | | | $0.00 |
| Less Clerk Filing Fees | $0.00 | | | | |
| Less Scheduled Priority Claims | $0.00 | | | | |
| Less Other (Explain Below) | $0.00 | | | | |
| Chapter 7 Minimum (Net) | $0.00 | <-------------- | | | |

| Total Scheduled General Unsecured Claims (Limits Greater of Hardacre or Chapter 7 Minimum) | | | | | $193,857.22 |
|---|---|---|---|---|---|

| Calculated Base (Admin, Secured, Priority, DSO, Lower of Minimum or Sched U/S & Trustee Fee) | $3,663.29 |
|---|---|
| Debtor Plan Base (Monthly Payment X Term) | $6,840.00 |
| Surplus (Debtor Plan Base - Calculated Base) | $3,176.71 |

**Comments:**

Version 1.03 Last Revised: 7/31/2008