Monte J. White & Associates, PC
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 FAX

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: | § CASE NO.  14-70009-hdh-13 |
|  | § |
| Cynthia Ruth Barton | § |
|  | § JUDGE HARLIN D. HALE |
|  | § |
|  | § HEARING DATE: 8/20/2014 |
| DEBTOR | § HEARING TIME: 10:00 A.M. |

NOTICE OF HEARING, PRE-HEARING CONFERENCE
AND ATTACHED MODIFICATION OF PLAN AFTER CONFIRMATION

NOTICE OF HEARING

   On 8/20/2014, which is at least twenty-eight (28) days from the date of service hereof, at 10:00 o'clock A.M. a HEARING on the above and foregoing "Modification of Plan After Confirmation" will be held before the Bankruptcy Judge in Room 208, U.S. Courthouse, 10TH AND LAMAR Street, WICHITA FALLS, Texas. Creditors are not required to attend unless they have objections to the Modification.

NOTICE OF PRE-HEARING CONFERENCE

   A PRE-HEARING CONFERENCE will be held by the Trustee at 8:30 o'clock A.M. prior to the above hearing time at the following location 10TH AND LAMAR STREET, WICHITA FALLS, TEXAS. Hearings on Motions to Modify Plans with objections not resolved at the PRE-HEARING CONFERENCE will be heard by the Court at the scheduled Hearing time.

   NOTICE is hereby given that pursuant to 11 USC 1329 the attached "Modification of Plan" dated 06/25/2014, will be approved by the Court as the Debtor(s) Modified Chapter 13 Plan Unless a party in interest files a written "Objection to the Modification" within twenty-one (21) days of service hereof, and the Debtor has made any subsequent payments required under the Modified Plan. An "Objection to Modification" shall be made in writing to the following: U.S. Bankruptcy Court, Clerks Office, 1100 Commerce Street Room 12A24, Dallas, TX 75242, with copies sent to Robert B. Wilson, Chapter 13 Trustee, 6308 Iola, Lubbock, TX, 79424 and Debtor(s) Attorney at the above address.

Monte J. White & Associates, P.C.
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 FAX

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:
Cynthia Ruth Barton                §   CASE NO. 14-70009-hdh-13
                                   §
                                   §   HEARING DATE: 8/20/2014
DEBTOR(s)                          §   HEARING TIME: 10:00 A.M.

FIRST MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION

DATE: 06/25/2014

Pursuant to 11 USC 1329, the Debtor(s) (per the undersigned attorney) or the Standing Chapter 13 Trustee, requests the following Modification of Debtor(s) Confirmed Plan herein:

I. HISTORY OF THE CASE

1. Date Case Filed:  1/16/2014

2. Date of Section 341 Meeting: 2/21/2014

3. First Payment Date:  2/15/2014

4. Date of Confirmation: 3/18/2014

5. Total Plan Term Prior to this Modification: 36

6. Number of Months from First Payment Date through month prior to estimated month of Modification Approval:   6

7. Remaining Plan Term (subtract item 6 from the lesser of item 5 or 60 months): 54 (in modified plan)

8. Amount of Arrears through the month prior to the date the Modification is filed: NONE

9. Date plan payments are to resume: 8/15/2014

10. Total Payments Paid to the Trustee through the month prior to the date the Modification is filed with the clerk: $760.00

11. Total payments due to the Trustee through the month prior to the date the Modification is filed with the clerk:   $760.00

12. Total Payments Due to the Trustee from the month the Modification is filed to the month the Modification is set for approval: $380.00

13. List Dates of any Prior Orders Modifying, Interlocutory Orders, or Special Supervision Orders:

NONE

## II. MODIFICATION REQUESTED
(CHECK 1 OR MORE OF THE FOLLOWING 4 CHOICES)

__x___    INCREASE monthly payment from $190.00 per month to $790.00 per month
(must coincide with resume date shown in item 9 above)

__x___    Extend months from 36 to 60 months (not to exceed 60 calendar months from month of First Payment Date)

Any arrears indicated in item 8 above shall be cured by the following method: N/A

## III. RESUMPTION OF PAYMENTS TO THE TRUSTEE
(All information below must be complete)

Payments can only change as of the month the modification is approved. Payments to the Trustee in the amount of $790.00 will resume on or before 8/15/2014 for 54 (in modified plan) months (item 7 above) remaining in the Modified Plan as of the date the modification is approved.

Base amount will change from $ 6,840.00 to $43,800.00

If the base amount has changed complete the following:

1. Total Paid in as of the month prior
to Modification Approval:                                    $ 1,140.00

2. (+)Plus Total Payments to be made
through the Remainder of Plan:                               $42,660.00
(Making up any arrears in item 9 above)

3. (=) New Base Amount                                       $43,800.00

## IV. TREATMENT OF UNSECURED CREDITORS

Unsecured creditors are not guaranteed a dividend when a plan is confirmed. See general order 2007-2. Allowed general unsecured claims may receive a pro-rata share of the unsecured creditors' pool, but not less than the section 1325(a)(4) amount of non-exempt property less allowed administrative and priority claims, after the TRCC becomes final. A proof of claim must be timely filed to be allowed.

X The unsecured creditor pool remains $0.

## V. SECURED, PRIORITY OR SPECIAL CLASS TREATMENT

ADD/DELETE/SURRENDER/CHANGE the following Secured, Priority or Special Class

Unsecured Creditor(s):

C/D;A=ADD;D = DELETE; S = SURRENDER; CF = CHANGE FROM; CT = CHANGE TO

| CF | S-Toyota Motor Credit Corp | 2013 Toyota Camry | $29,209.98 | Paid Direct |
|---|---|---|---|---|
|  |  |  |  |  |
| CT | " | " | $29,209.98 @6.65% interest | $627.38 per month |

Note:  Changes to any creditors above shall not be effective until the Modification is approved.

VI.  ATTORNEY FEES

Debtor's attorney shall be allowed an additional fee for this Modification in the total amount of $350.00 plus $50.00 in costs, of which $400.00 will be paid through the Plan by the Trustee;

VII.  REASON FOR MODIFICATION

This modification is requested for the following reason(s):  Debtor wishes to pay Toyota Motor Credit Corp debt on 2013 Toyota Camry through the Chapter 13 plan.

VIII.  BUDGET INFORMATION

At the time of filing this modification the debtor shall provide a filed marked copy of the current budget (schedules I & J) and the three most recent pay stubs to the Trustee.

See Amended Schedule J on file with the Court.

Respectfully submitted,

/s/Monte J. White
Attorney for Debtor(s)

CERTIFICATE OF SERVICE

I certify that a true copy of the above and foregoing Modification of Plan after Confirmation, Notice of Hearing and Pre-Hearing Conference has been served by me on 06/25/2014, on all parties on the attached matrix, by United States First Class Mail, proper postage affixed.

/s/Monte J. White
Attorney for Debtor(s)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-7<br>Case 14-70009-hdh13<br>Northern District of Texas<br>Wichita Falls<br>Wed Jun 25 11:20:47 CDT 2014 | 1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242-1305 | ACS-Panhandle Plains<br>501 Bleeker St<br>Utica, NY 13501-2401 |
| AES-Bank of America<br>PO Box 2461<br>Harrisburg, PA 17105-2461 | Abiliene Teachers FCU<br>PO Box 5706<br>Abilene, TX 79608-5706 | Advance America<br>2710 Central Freeway No. 130<br>Wichita Falls, TX 76306-2856 |
| Allied Interstate<br>3000 Corporate Exchange Dr-5th Fl<br>Columbus, OH 43231-7723 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Asset Acceptance<br>Att: Bankruptcy Dept<br>PO Box 2036<br>Warren, MI 48090-2036 |
| Asset Acceptance LLC<br>Po Box 2036<br>Warren MI 48090-2036 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601-4303 | CBSA<br>AttN Bankruptcy<br>PO Box 1927<br>Stillwater, OK 74076-1927 |
| CMRE Financial Services Inc.<br>3075 E. Imperial Hwy No. 200<br>Brea, CA 92821-6753 | Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Cavalry Investments, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-1340 |
| Collectech Diversified<br>PO Box 12027<br>Lubbock TX 79452-2027 | Credit Sys Intern-Abilene Family Med<br>1277 Country Club<br>Fort Worth, TX 76112-2304 | ECMC<br>PO BOX 16408<br>ST PAUL, MN 55116-0408 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Lacks Furniture<br>1600 NE Loop 410, 112<br>San Antonio, TX 78209-1612 | MCI<br>CAS Dept<br>500 Technoloty Dr<br>Saint Charles, MO 63304-2225 |
| MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Merrick Bank<br>Attn: Bankruptcy<br>PO Box 9201<br>Old Bethpage, NY 11804-9001 | Midland Funding<br>8875 Aero Dr<br>San Diego, CA 92123-2255 |
| NCO Financial<br>PO Box 15636<br>Wilmington, DE 19850-5636 | NCP Finance Limited Partnership<br>2005 Sugar Camp Circle Dept CNG<br>Dayton, OH 45409 | NCP Finance Limited Partnership<br>205 Sugar Camp Circle Dept AEA<br>Dayton, OH 45409-1970 |
| NRTHN Resolution<br>PO Box 566<br>Amherst, NY 14226-0566 | Nelnet Inc.<br>Attn: Claims<br>PO Box 17460<br>Denver, CO 80217-0460 | Nelnet on behalf of ECMC-CA<br>PO Box 419026<br>Rancho Cordova CA 95741-9026 |

| | | |
|---|---|---|
| PANHANDLE PLAINS on behalf of Texas Guarante<br>Texas Guaranteed Student Loan Corporatio<br>P.O. Box 83100<br>Round Rock, TX 78683-3100 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Primary Financial Service<br>Pentagroup Financial<br>5959 Corporate Dr, Suite 400<br>Houston, TX 77036-2308 |
| Royal Mgt-Noble Finance<br>25331 1H 10 West<br>San Antonio, TX 78257 | SFC-Central Bankruptcy<br>P.O. Box 1893<br>Spartanburg, S.C. 29304-1893 | SGS Finance<br>1021 Main St, Suite 1150<br>Houston, TX 77002-6502 |
| SPEEDY CASH<br>PO BOX 780408<br>WICHITA KS 67278-0408 | Security Finance<br>PO Box 1893<br>Spartanburg, SC 29304-1893 | Service Bureau Inc.<br>2705 81st St.<br>Lubbock, Txas 79423-2229 |
| Speedy Cash<br>3527 N. Ridge Rd<br>Wichita, KS 67205-1212 | (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | Toyota Motor Credit Corporation (TMCC)<br>PO BOX 8026<br>Cedar Rapids, Iowa 52408-8026 |
| US Department of Education<br>Claims Filing Unit<br>PO Box 8973<br>Madison, WI 53708-8973 | US Dept of Education<br>PO Box 7860<br>Madison, WI 53707-7860 | United Regional<br>Attn: Billing Dept.<br>1600 11th Street<br>Wichita Falls, TX 76301-4388 |
| United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | West Central TX Collection<br>1007 W Illinois Ave<br>Midland, TX 79701-6155 | West Central Tx Coll B-Radiology<br>PO Box 2586<br>Abilene, TX 79604-2586 |
| Western Shamrock Corp<br>Attention: Bankruptcy<br>801 S Abe St<br>San Angelo, TX 76903-6735 | Cynthia Ruth Barton<br>3919 Barnett Rd Apt 324<br>Wichita Falls, TX 76310-1728 | Monte J. White<br>Monte J. White & Associates, P.C.<br>1106 Brook Avenue<br>Hamilton Place<br>Wichita Falls, TX 76301-5009 |
| Robert B. (AB-AM-SA-WF) Wilson<br>6308 Iola Avenue<br>Lubbock, TX 79424-2735 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| IRS Special Procedures<br>1100 Commerce St., Room 951<br>Mail Stop 5029 DAL<br>Dallas, TX 75246 | Portfolio Recovery Associates, LLC<br>c/o Capital One<br>POB 41067<br>Norfolk VA 23541 | Toyota Financial Services<br>PO Box 650686<br>Dallas, TX 75265-0686 |

```
End of Label Matrix
Mailable recipients     51
Bypassed recipients      0
Total                   51
```